Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−27238−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Arthur L Handson III
    7 Lees Lane
    Egg Harbor Township, NJ 08234

Social Security No.:
    xxx−xx−7275

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/6/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 6, 2017
JAN: cmf

                                                                Jeanne Naughton
                                                                Clerk

```
                       United States Bankruptcy Court
                            District of New Jersey
In re:                                                        Case No. 16-27238-JNP
Arthur L Handson, III                                         Chapter 13
       Debtor                    CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                  Page 1 of 2                  Date Rcvd: Apr 06, 2017
                              Form ID: 148                 Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2017.
db             +Arthur L Handson, III,    7 Lees Lane,    Egg Harbor Township, NJ 08234-7004
aty            +Christopher DeNardo,    3600 Horizon Drive,    King of Prussia, PA 19406-4702
aty            +Dembo & Saldutti LLP,    1300 NJ Route 73,    Mt Laurel, NJ 08054-2200
cr             +BANK OF AMERICA, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +CIT Bank, N.A.,    P. O. Box 9013,    Addison, TX 75001-9013
516578192       BANK OF AMERICA, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
516381850      +CBCS,   PO Box 2724,    Columbus, OH 43216-2724
516381852      +CIT Bank,   PO Box 78826,    Phoenix, AZ 85062-8826
516537003      +CIT Bank, N.A.,,    fka OneWest Bank, N.A.,,   fka OneWest Bank, FSB,    P.O. Box 9013,
                 Addison, Texas 75001-9013
516591500      +Caliber Home Loans,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
516381851      +Christopher DeNardo, Esquire,    3600 Horizon Dr.,    King of Prussia, PA 19406-4702
516381854      +Cooper Levenson,    1125 Atlantic Ave.,    Atlantic City, NJ 08401-4812
516381855       Dembo & Saldutti,    1300 NJ-73,    Mount Laurel, NJ 08054
516381856      +Duane Morris LLP,    30 S. 17th St.,    Philadelphia, PA 19103-4196
516381859      +M&T Bank,   PO Box 619063,    Dallas, TX 75261-9063
516381861      +Onondaga Abstract Inc.,    9 Albany St.,    Cazenovia, NY 13035-1201
516381863      +PPL Electric,    2 N. Ninth St.,    Allentown, PA 18101-1179
516381862      +Phelan Hallinan and Diamond, P.C.,    400 Fellowship Rd # 100,    Mount Laurel, NJ 08054-3437
516381864      +Rickart Collection Systems, Inc.,    PO Box 7242,    North Brunswick, NJ 08902-7242
516381865      +Shapiro & DeNardo,    Christopher DeNardo, Esq.,    3600 Horizon Drive, Suite 150,
                 King of Prussia, PA 19406-4702
516588204      +TD Bank NA,    Michael E. Blaine, Esq.,    30 Montgomery Street, Ste 1205,
                 Jersey City, NJ 07302-3835
516587317      +TD Bank, N.A.,    PO Box 16029,    Lewiston, ME 04243-9507
516419031      +U.S. Bank Cust for Pro Cap II, LLC,    Gary C. Zeitz, LLC,   1101 Laurel Oak Road, Suite 170,
                 Voorhees, NJ 08043-4381
516591499      +U.S. Bank Trust, N.A., as Trustee for LSF9 Master,    c/o Caliber Home Loans,
                 13801 Wireless Way,    Oklahoma City, OK 73134-2500
516381867      +US Bank Cust Pro Cap II, LLC,    50 S. 16th St., Ste. 1950,    Philadelphia, PA 19102-2517
516464451      +Wells Fargo Bank, N.A.,    4101 Wiseman Blvd, Bldg 205,    Attn: S. Kelley, T7419-018,
                 San Antonio, Tx 78251-4200
516381869      +Zucker, Goldberg and Ackerman, LLC,    200 Sheffield St. Ste. 101,    Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 06 2017 22:59:14      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 06 2017 22:59:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm             +EDI: TDBANKNORTH.COM Apr 06 2017 22:38:00      TD Bank NA,   1701 Marlton Pike East,
                 Cherry Hill, NJ 08003-2335
lm             +EDI: WFFC.COM Apr 06 2017 22:38:00      Wells Fargo Bank,   1 Home Campus,
                 Des Moines, IA 50328-0001
516381847      +E-mail/Text: bankruptcy@pepcoholdings.com Apr 06 2017 22:58:57      Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
516395096       E-mail/Text: bankruptcy@pepcoholdings.com Apr 06 2017 22:58:57
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
516381848      +EDI: BANKAMER2.COM Apr 06 2017 22:38:00      Bank of America,   100 North Tryon St.,
                 Charlotte, NC 28255-0001
516410784       EDI: CAPITALONE.COM Apr 06 2017 22:38:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
516381849      +EDI: CAPITALONE.COM Apr 06 2017 22:38:00      Capital One Bank USA,   PO Box 30281,
                 Salt Lake City, UT 84130-0281
516381853      +E-mail/Text: cruffo@cityofnorthfield.org Apr 06 2017 22:59:16      City of Northfield,
                 Office of Collection Tax/Sewer,    1600 Shore Rd.,   Northfield, NJ 08225-2201
516381858      +EDI: IRS.COM Apr 06 2017 22:38:00      Internal Revenue Service,   PO Box 7317,
                 Philadelphia, PA 19101-7317
516381866      +EDI: TDBANKNORTH.COM Apr 06 2017 22:38:00      TD Bank,   1701 Marlton Pike E,
                 Cherry Hill, NJ 08003-2335
516381868      +EDI: WFFC.COM Apr 06 2017 22:38:00      Wells Fargo Bank,   PO Box 10335,
                 Des Moines, IA 50306-0335
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Duane Morris LLP,    30 S. 17th Street,    Philadelphia, PA 19103-4196
lm*            +M&T Bank,   PO Box 619063,    Dallas, TX 75261-9063
516494644*      Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
```

```
District/off: 0312-1           User: admin               Page 2 of 2                 Date Rcvd: Apr 06, 2017
                               Form ID: 148              Total Noticed: 40

516381857    ##+EMU Enterprises, LLC,   520 Pulaski Highway,   New Castle, DE 19720-5414
516381860    ##+Ocean Avenue Properties, LLC,   520 Pulaski Highway,   New Castle, DE 19720-5414
                                                                             TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2017 at the address(es) listed below:

          Adam D. Greenberg    on behalf of Creditor   Ocean Avenue Properties, LLC agreenberg@hgllclaw.com,
           Aholmes@hgllclaw.com
          Andrew L. Spivack    on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
          Bruno Bellucci, III    on behalf of Debtor Arthur L Handson, III jkearney@belluccilaw.net,
           bbellucci@belluccilaw.net,jrosati@belluccilaw.net,kpalermo@belluccilaw.net,
           ddillhoff@belluccilaw.net
          Denise E. Carlon    on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor   CIT Bank, N.A. nj_ecf_notices@buckleymadole.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Linda S. Fossi    on behalf of Creditor   U.S. Bank Cust for Pro Cap II, LLC
           lfossi@zeitzlawfirm.com,
           gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
          Michael Frederick Dingerdissen    on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR
           LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
                                                                                             TOTAL: 9